UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES E. HARNEY,                              )
                                             )
                        Plaintiff,            )
                                             )
v.                                           )        **JUDGMENT**
                                             )
                                             )        No. 5:16-CV-281-FL
                                             )
CAROLYN W. COLVIN,                           )
Acting Commissioner of Social Security,      )
                                             )
                        Defendant.           )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for
consideration of the defendant's consent motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered
December 14, 2016, that defendant's consent motion to remand is granted and the Commissioner's
decision is reversed.  This matter is remanded to the Social Security Administration pursuant to
sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on December 14, 2016, and Copies To:**

Kristin Gordon (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)

December 14, 2016              JULIE RICHARDS JOHNSTON, CLERK
                               /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk