IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:16-cv-00281-FL

| | | |
|---|---|---|
| JAMES E. HARNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court hereby awards Plaintiff $5,000.00 in attorney's fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any attorney's fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED this __3RD__ day of February, 2017.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE